2011R01372
JM/EW/gr

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br>v.<br><br>WILLIAM LAGRADA<br><br>*Defendant.* | Honorable Claire C. Cecchi, U.S.D.J.<br><br>Criminal No. 12-458<br><br>CONSENT JUDGMENT AND<br>ORDER OF FORFEITURE |

**WHEREAS**, on or about July 11, 2012, defendant William Lagrada (hereinafter "defendant") pled guilty to a one count Information charging him with a violation of 42 U.S.C. § 1320a-7b(b) (1) (A) and 18 U.S.C. § 2; and

**WHEREAS**, pursuant to 18 U.S.C. § 982(a)(7), a person convicted of an offense in violation of 42 U.S.C. § 1320a-7b(b), shall forfeit to the United States any property, real or personal, that constitutes or is derived, directly or indirectly, from proceeds traceable to the commission of that offense; and

**WHEREAS**, by virtue of the above, the United States is now entitled to the possession of $69,880.00 in United States currency (hereinafter "the Property") because it represents proceeds traceable to a violation of 42 U.S.C. § 1320a-7b(b)(1)(A); and

**WHEREAS**, on or about July 11, 2012, the United States Marshals Service received PNC Bank Cashier's check number 1666173, payable to the United States Marshal in the amount of $69,880.00, from the defendant; and

**WHEREAS** defendant William Lagrada:

(1)   Consents to the forfeiture to the United States of $69,880.00 as any property, real or personal, that constitutes or is derived, from proceeds traceable to that offense to which he pled guilty;

(2)   Agrees to consent promptly upon request to the entry of any orders deemed necessary by the government or the Court to complete the forfeiture and disposition of property;

(3)   Waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of forfeiture in the charging instrument, announcement of the forfeiture in the defendant's presence at sentencing, and incorporation of the forfeiture in the Judgment of Conviction;

(4)   Acknowledges that he understands that forfeiture of property will be part of the sentence imposed upon him in this case and waives any failure by the Court to advise him of this, pursuant to Federal Rule of Criminal Procedure 11(b)(1)(J), during the plea hearing;

(5)   Agrees, pursuant to Rule 32.2(b)(3), to consent promptly to the finalization of the order of forfeiture before sentencing if requested by the government to do so;

(6)   Waives, and agrees to hold the United States and its agents and employees harmless from, any and all claims whatsoever in connection with the seizure, forfeiture, and disposal of the property described above; and

(7) Waives all constitutional and statutory challenges of any kind to any forfeiture carried out pursuant to this Consent Judgment;

**WHEREAS** Rule 32.2(c)(1) provides that no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment; and

**WHEREAS** good and sufficient cause has been shown,

It is hereby **ORDERED, ADJUDGED, AND DECREED:**

**IT IS ORDERED** that a money judgment in the amount of $69,880.00 shall be entered against defendant William Lagrada; and

**IT IS FURTHER ORDERED** that PNC Bank Cashier's check number 1666173 in the amount of $69,880.00, is hereby forfeited in full satisfaction of the aforementioned money judgment; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e); and

**IT IS FURTHER ORDERED** that pursuant to Rule 32.2(b)(4)(A), this Order of Forfeiture shall become final as to defendant William Lagrada at the time of sentencing, or before sentencing if the defendant consents, and shall be made part of the sentence and included in the judgment; and

**ORDERED** this ___6___ day of ___September___, 2012.

_____
Honorable Claire C. Cecchi
United States District Judge

-3-

The undersigned hereby
consent to the entry and
form of this order:

PAUL J. FISHMAN
United States Attorney

_____   Dated: 8/15/12
By: JOSEPH MACK
Assistant United States Attorney


_____   Dated: 8/9/12
DANIEL G. GIAQUINTO, ESQ.
Attorney for Defendant William Lagrada


_____   Dated: 8/9/12
Defendant William Lagrada